AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   CR-25-00301-001-PHX-SHD |
| | ) |
| | ) |
| | ) |
| David Andrew Combe | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*    David Andrew Combe                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1038(a)(l) (False Information and Hoaxes)
18 U.S.C. § 871 (Threats Against the President)
18 U.S.C. § 871 (Threats Against the President)

*Issuing officer's signature*

City and state:   Phoenix, Arizona

ISSUED ON 12:15 pm, Feb 27, 2025
s/ Debra D. Lucas, Clerk

Katlyn James, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/27/25 , and the person was arrested on *(date)* 3/12/25
at *(city and state)* Rapid City, SD .

Date: 3/14/25

*Arresting officer's signature*

Dyson Hartland

*Printed name and title*

cc: PTS